CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEHA NIGAM (ILBN 6327377)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6844
FAX: (415) 436-7234
Neha.nigam@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH AMMONS,<br>Defendant. | **CASE NO. 3:26-mj-70960 MAG**<br>**[~~PROPOSED~~] DETENTION ORDER** |

On July 16, 2026, defendant Kenneth Ammons was charged by Complaint with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

This matter came before the Court on August 14, 2026, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Candis Mitchell. Assistant United States Attorney Neha Nigam appeared for the government. The government moved for detention, and the defendant opposed. The government submitted a memorandum and supporting documents containing its arguments in support of detention on August 13, 2026. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety to the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the basis for its conclusion that the defendant poses a danger to the community: the defendant has been convicted of three firearm possession offenses in the past eight years and is once again charged with such an offense. This is clear and convincing evidence that he is a danger to the community and is likely to commit further weapons offenses. Further, the defendant has on at least ten occasions violated his parole or post release community supervision, and three of those violations are within the last ten years. These repeated violations show that he is not likely to follow any conditions of release in this case. These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

\\

\\

\\

IT IS SO ORDERED.

DATED: August 14, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge