CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

**FILED**

**September 2, 2026**

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH AMMONS, and [redacted],<br><br>Defendants. | CASE NO. 3:26-cr-00436-TLT-1<br><br><u>VIOLATION</u>:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

<u>I N D I C T M E N T</u>

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about February 13, 2026, in the Northern District of California, the defendant,

KENNETH AMMONS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Rohm .38 caliber semi-automatic revolver bearing serial number 121574, and ammunition, namely, three rounds of Remington-Peters ammunition and three rounds of Winchester ammunition, and the firearm and ammunition were in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about February 13, 2026, in the Northern District of California, the defendant,

[redacted],

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Rohm .38 caliber semi-automatic revolver bearing serial number 121574, and the firearm was in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendants,

KENNETH AMMONS, and

[redacted]

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property seized in San Francisco, California on or about February 13, 2026:

a. One Rohm semiautomatic firearm bearing serial number 121574;

b. Three rounds of Remington-Peters ammunition; and

c. Three rounds of Winchester ammunition

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: September 2, 2026

A TRUE BILL.

*/s/ Foreperson*
FOREPERSON
San Francisco, California

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Neha Nigam*
NEHA NIGAM
Assistant United States Attorney